

The following constitutes
the order of the court. Signed August 3, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                     No. 11-46955 WJL
                                          Chapter 7
Grant Lee Carson,
Lori Gail Carson


### MEMORANDUM REGARDING STATUS CONFERENCE

Good cause appearing, the telephonic conference set for August 6, 2012 at 9:30 a.m. is hereby vacated. The parties are hereby to appear before the Court on **August 8, 2012 at 10:30 a.m.**

END OF DOCUMENT

**COURT SERVICE LIST**

Peter N. Hadiaris
Law Offices of Peter N. Hadiaris
17 Taylor Dr.
Fairfax, CA 94930

Fred Hjelmeset
P.O.Box 4188
Mountain View, CA 94040

U.S. Trustee
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

Stromsheim & Associates
201 California Street, Suite 350
San Francisco, CA 94111

David A. Arietta
Law Offices of David A. Arietta
700 Ygnacio Valley Rd. #150
Walnut Creek, CA 94596